# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

Civil Division

|  |  |
|---|---|
| Detective Derrick Jacobs | Case No. **19    4616** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names ) | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- |  |
| City of Philadelphia, Philadelphia District Attorney's Office, Lawrence S. Krasner, Tracy Tripp et al |  |
| *Defendant(s)* |  |
| (Write the full name of each defendant who is being sued If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names ) |  |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Detective Derrick Jacobs |
   | Street Address | 1230 N 15th Street |
   | City and County | Philadelphia |
   | State and Zip Code | PA 19121 |
   | Telephone Number | 215-651-3583 |
   | E-mail Address | imgonnagetusucka@aol.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Philadelphia |
| Job or Title *(if known)* | |
| Street Address | 1515 Arch Street |
| City and County | Philadelphia |
| State and Zip Code | PA 19102 |
| Telephone Number | 215-686-1776 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Philadelphia District Attorney's Office |
| Job or Title *(if known)* | |
| Street Address | 3 S Penn Square |
| City and County | Philadelphia |
| State and Zip Code | PA 19107 |
| Telephone Number | 215-686-8000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Lawrence S. Krasner |
| Job or Title *(if known)* | District Attorney |
| Street Address | 3 S Penn Square |
| City and County | Philadelphia |
| State and Zip Code | PA 19107 |
| Telephone Number | 215-686-8000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Tracy Tripp |
| Job or Title *(if known)* | Assistant District Attorney |
| Street Address | 3 S Penn Square |
| City and County | Philadelphia |
| State and Zip Code | PA 19107 |
| Telephone Number | 215-686-8000 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 PA C.S. 5301 Official Oppression
43 P.S. 1421 Whistleblower Law

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 6

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)*     , is incorporated under the laws of the State of *(name)*     , and has its principal place of business in the State of *(name)* .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

On Thursday, June 8, 2017 I, Detective Derrick Jacobs, was involved in an investigation involving a police shooting in the area of Whitaker and Hunting Park Avenue, involving Police Officer Ryan Pownall.

I, Detective Derrick Jacobs, became an integral part of the investigation due my involvement in interviewing the majority of "fact" witnesses with integrity and honesty, which did not conform to the District Attorney's Office political agenda. This caused the District Attorney's Office to surgically remove me from the prosecution of Police Officer Ryan Pownall.

During investigation, I, Detective Derrick Jacobs observed acts of prosecutorial misconduct on behalf of District Attorney (DA), Lawrence Krasner and Assistant District Attorney (ADA), Tracy Tripp.
When I, Detective Derrick Jacobs, attempted to report the actions of misconduct on the part of the Philadelphia District Attorney's Office my Constitutional Rights was violated on and I was threatened with arrest and incarceration by Assistant District Attorney, Tracy Tripp, unless I, Detective Derrick Jacobs remained silent until after the trial of Police Officer Ryan Pownall.

On Friday, November 9, 2018 I, Detective Jacobs in the presence of Attorney Greg Pagano and court stenographer was informed that I had 5th Amendment issues for leaking grand jury information. With all parties involved knowing this to be a complete lie. I was punished and retaliated against for attempting to be a "Whistleblower" and report Prosecutorial Misconduct and Political Corruption on the part of the Philadelphia District Attorney's Office. Furthermore, I had "zero" information regarding grand jury testimony.

Assistant District Attorney, Tracy Tripp informed my (Detective Derrick Jacobs), Commanding Officer she would conduct a "fake" admonishment of Detective Derrick Jacobs with Judge Coleman to ensure Detective Derrick Jacobs' silence regarding this matter.

These actions continue to this very day and in effect ended my (Detective Derrick Jacobs) Law Enforcement career on Friday, November 9, 2018.

I, Detective Derrick Jacobs, possess items of evidentiary value to support above listed statements.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. This incident and subsequent court filings has caused irreparable and incomprehensible harm to Detective Jacobs Philadelphia Police Department's Law enforcement career.

2. Detective Jacobs seeks five million dollars ($ 5,000.000.00) in total damages.

3. Two million dollars (2,000.000.00) in compensation damages (10 years at 200,000.00 a year).

4. Three million dollars (3,000,000.00) in punitive damages.

5. Ten years in equivalent LEHB medical coverage.

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/04/2019

Signature of Plaintiff

Printed Name of Plaintiff     Detective Derrick Jacobs

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

HB

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

19 4616

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 1230 N. 15TH STREET, PHILA., PA 19121

Address of Defendant: 3 S PENN SQUARE, PHILA., PA 19107

Place of Accident, Incident or Transaction: 1515 ARCH STREET, PHILA., PA 19102

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes [ ]  No [✓]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes [ ]  No [✓]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes [ ]  No [✓]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes [ ]  No [✓]

I certify that, to my knowledge, the within case [ ] is / [✓] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 10/4/19 _____ _____
       *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I D # (if applicable)*

Must sign here

---

**CIVIL:** (Place a ∨ in one category only)

A. *Federal Question Cases:*
- [ ] 1. Indemnity Contract, Marine Contract, and All Other Contracts
- [ ] 2. FELA
- [ ] 3. Jones Act-Personal Injury
- [ ] 4. Antitrust
- [ ] 5. Patent
- [ ] 6. Labor-Management Relations
- [✓] 7. Civil Rights
- [ ] 8. Habeas Corpus
- [ ] 9. Securities Act(s) Cases
- [ ] 10. Social Security Review Cases
- [ ] 11. All other Federal Question Cases
  *(Please specify)* _____

B. *Diversity Jurisdiction Cases:*
- [ ] 1. Insurance Contract and Other Contracts
- [ ] 2. Airplane Personal Injury
- [ ] 3. Assault, Defamation
- [ ] 4. Marine Personal Injury
- [ ] 5. Motor Vehicle Personal Injury
- [ ] 6. Other Personal Injury *(Please specify)* _____
- [ ] 7. Products Liability
- [ ] 8. Products Liability – Asbestos
- [ ] 9. All other Diversity Cases
  *(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record or pro se plaintiff, do hereby certify

[ ] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE _____ _____ _____
                    *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I D # (if applicable)*

Sign here if applicable

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F R C P 38

Civ 609 (5/2018)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

HB

                :     CIVIL ACTION

v.                :

                :     NO. **19   4616**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (✓)

10/4/19            [signature]         Pro Se
Date              Attorney-at-law        Attorney for

_____    _____    _____
**Telephone**        **FAX Number**       **E-Mail Address**

(Civ. 660) 10/02