```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DETECTIVE DERRICK JACOBS         :      CIVIL ACTION
                                 :
         v.                      :
                                 :
CITY OF PHILADELPHIA, et al.     :      NO. 19-4616
```

ORDER

AND NOW, this 22nd day of November, 2019, it is hereby ORDERED that the motion of defendants City of Philadelphia, Lawrence S. Krasner, Philadelphia District Attorney's Office and Tracy Tripp to dismiss the complaint for lack of subject matter jurisdiction is DENIED as moot as plaintiff has filed an amended complaint.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                       J.