IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK JACOBS, | : | CIVIL ACTION |
| Plaintiff. | : | |
| | : | No. 19-CV-4616 |
| CITY OF PHILADELPHIA,  et al. | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### ORDER

AND NOW, this __30th__ day of __January__, 2020, upon consideration of the parties' Stipulation for Extension of Time, it is hereby ORDERED and DECREED that Plaintiff shall file his response to Defendants' Motion to Dismiss on or before February 12, 2020.

BY THE COURT,

_Harvey Bartle_
J.



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK JACOBS, | : | CIVIL ACTION |
| Plaintiff. | : | |
| | : | No. 19-CV-4616 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

Rec'd
FILED
JAN 24 2020
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### STIPULATION FOR EXTENSION OF TIME

It is hereby stipulated by and between the parties that Plaintiff Derrick Jacobs shall have thirty additional days within which to answer, plead, or otherwise move to Defendants' Motion to Dismiss filed on December 26, 2019. Plaintiff shall file his response on or before February 12, 2020.

_____
Derrick Jacobs, Plaintiff

Date: 1/8/2020

_____
Kia Ghee, Esquire
Assistant City Solicitor
Attorney for Defendants

Date: 1/8/2020