IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DERRICK JACOBS                :      CIVIL ACTION
                              :
     v.                       :
                              :
CITY OF PHILADELPHIA, et al.  :      NO. 19-4616
```

ORDER

AND NOW, this 3rd day of February, 2020, it is hereby ORDERED that:

(1)  Defendants shall file and serve, on or before Tuesday, February 18, 2020, a supplemental memorandum in support of their motion to dismiss plaintiff's Amended Complaint (Doc. # 8) which addresses plaintiff's claim for First Amendment retaliation.

(2)  Plaintiff shall file and serve a response to the motion of the defendants on or before Tuesday, March 3, 2020.

(3)  The motion to dismiss will be granted and the action will be dismissed with prejudice if plaintiff fails to comply with this order.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.