IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK JACOBS             :     CIVIL ACTION
                           :
        v.                 :
                           :
CITY OF PHILADELPHIA, et al. :   NO. 19-4616

ORDER

AND NOW, this 5th day of February, 2020, it is hereby ORDERED that the Order of the court dated January 30, 2020 (Doc. # 9) is VACATED.

BY THE COURT:

*/s/ Harvey Bartle*
                            J.