IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK JACOBS,

    Plaintiff,

    v.                      Civil Action No. 19-4616

CITY OF PHILADELPHIA, et al.,

    Defendants.

## ORDER

AND NOW, this 20th day of February, 2020, upon consideration of the parties Stipulation for Extension of Time. It is hereby ORDERED that: 1) Defendants shall file and serve, on or before Tuesday February 25, 2020, a supplemental memorandum in support of their Motion to Dismiss Plaintiff's Amended Complaint (Doc. #8) which addresses Plaintiff's claim for First Amendment Retaliation; and 2) Plaintiff shall file and serve a response to the Motion of the Defendants on or before Tuesday March 10, 2020.

BY THE COURT:

_/s/ Harvey Bartle_

HARVEY BARTLE, III, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK JACOBS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 19-4616 |
| CITY OF PHILADELPHIA, et al., | : |
| Defendants. | : |

## STIPULATION FOR EXTENSION OF TIME

It is hereby stipulated by and between the parties that Defendants shall have seven additional days within which to file and serve its supplemental memorandum in support of their Motion to Dismiss Plaintiff's Amended Complaint (Doc. #8) which addresses Plaintiff's claim for First Amendment Retaliation. Plaintiff shall file and serve a response to the Motion of the Defendants on or before Tuesday March 10, 2020.

Respectfully Submitted,

_____
Derrick Jacobs, Plaintiff

Date: February 19, 2020

_____
Kia Ghee, Esq.
Assistant City Solicitor

Date: February 19, 2020