IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK JACOBS : CIVIL ACTION
:
v. :
:
CITY OF PHILADELPHIA, et al. : NO. 19-4616

ORDER

AND NOW, this 9th day of April, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that all claims are DISMISSED with prejudice, except for the claim under Pennsylvania Whistleblower Law, which is DISMISSED without prejudice under 28 U.S.C. § 1367(c) so that plaintiff may pursue said claim in the state court.

BY THE COURT:

/s/ Harvey Bartle III
J.