IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK JACOBS : CIVIL ACTION
:
v. :
:
CITY OF PHILADELPHIA, et al. : NO. 19-4616

ORDER

AND NOW, this 4th day of January, 2021, it is hereby ORDERED that:

(1) plaintiff shall file any second amended complaint on or before February 1, 2021; and

(2) if a second amended complaint is not timely filed, this action will be dismissed with prejudice.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.