**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| **DERRICK JACOBS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 19-CV-4616** |
| | : | |
| **CITY OF PHILADEPHIA,** *et al.,* | : | |
| **Defendants.** | : | |

_____

| | | |
|---|---|---|
| **DERRICK JACOBS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-CV-0128** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.,* | : | |
| **Defendants.** | : | |

_____


### ORDER

**AND NOW** this  25th  day of January, 2021, upon consideration of Plaintiff's Derrick Jacobs's Complaint (ECF No. 1, Civ. A. No. 21-0128) and his filing seeking Emergency Injunctive Relief (ECF No. 3, Civ. A. No. 21-0128) which were inadvertently docketed by the Clerk of Court in *Jacobs v. City of Philadelphia, et al.*, Civ. A. No. 21-0128, rather than in *Jacobs v. City of Philadelphia, et al.*, Civ. A. No. 19-4616,[1] it is **ORDERED** that:

---

[1]  In *Jacobs v. City of Philadelphia, et al.,* Civ. A. No. 19-4616, the Court previously entered an Order on January 4, 2021 (ECF No. 22) granting Jacobs leave to file a Second Amended Complaint on or before February 1, 2021.  It appears that on January 8, 2021, Jacobs submitted a new civil complaint for filing to the Clerk of Court by emailing his submission to PAED_Documents@paed.uscourts.gov.  The Clerk of Court, rather than docketing this submission as a Second Amended Complaint in Jacob's original action, inadvertently opened a new and separate matter at Civ. A. No. 21-0128 and docketed Jacob's submission as the Complaint in that new matter.  Upon review, it is clear to the Court that Jacobs's submission is

1.     The Clerk of Court is **DIRECTED** to docket Jacobs's Complaint (ECF No. 1 in Civ. A. No. 21-0128) as a new and separate docket entry entitled "Second Amended Complaint" in Jacobs's prior action, *Jacobs v. City of Philadelphia, et al.*, Civ. A. No. 19-4616, following the docketing of this Order; and

2.     The Clerk of Court is **DIRECTED** to docket Jacob's filing seeking Emergency Injunctive Relief (ECF No. 3, Civ. A. No. 21-0128) as a new and separate docket entry in Jacob's prior action, *Jacobs v. City of Philadelphia, et al.*, Civ. A. No. 19-4616; and

3.     The Clerk of Court is **DIRECTED** to **CLOSE** *Jacobs v. City of Philadelphia, et al.*, Civ. A. No. 21-0128.  All future filings related to these case shall be filed in the original filed action, Civ. A. No. 19-4616.

**BY THE COURT:**

/s/ Harvey Bartle III

_____

**HARVEY BARTLE III, J.**

---

more properly understood to serve as the Second Amended Complaint he was authorized to file in accordance with the Court's January 4, 2021 Order in Civ. A. No. 19-4616.  Accordingly, the Court will direct the Clerk of Court to docket this submission in Civ. A. No. 19-4616 as set forth in this Order.