| | |
|---|---|
| **From:** | Derrick Jacobs <derrickjacobs9116@gmail.com> |
| **Sent:** | Friday, January 8, 2021 3:36 PM |
| **To:** | PAED Documents |
| **Subject:** | New Civil Complaint |
| **Attachments:** | Philadelphia PD Civil Complaint.pdf |

**CAUTION - EXTERNAL:**


Please find attached the new civil complaint for filing.

Documents and requests may be returned to the following:

Derrick Jacobs
email: derrickjacobs9116@gmail.com
(215) 651-3583
--
Thank you,

Derrick Jacobs


*This communication (including any attachments) may contain privileged or confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, or distribution of this communication, or the taking of any action based on it, is strictly prohibited.*


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.