# THE UNITED STATES DISTRICT COURT IN THE EASTERN DISTRICT OF PENNSYLVANIA

### CIVIL ACTION FILE NUMBER 2021-cv-00128

Derrick Jacobs

**Plaintiff**
**Pro se**

v.

City of Philadelphia, et al.
Philadelphia Police Commissioner Danielle Outlaw in her official and individual capacity, Deputy Police Commissioner Christine Coulter in her official and individual capacity, District Attorney Lawrence Krasner in his official and individual capacity, Assistant District Attorney Tracy Tripp in her official and individual capacity, Deputy Police Commissioner (now Chief Inspector) Dennis Wilson in his official and individual capacity, Inspector Benjamin Naish (now Deputy Police Commissioner) in his official and individual capacity, Inspector DF Pace in his Official and individual capacity and Lieutenant Jason Hendershot in his official and individual capacity, Lieutenant Patrick Quinn in his official and individual capacity.

**Defendants**

---

### EMERGENCY INJUNTIVE RELIEF

COMES NOW, Plaintiff (pro se) Derrick Jacobs ("Jacobs") to file his Complaint and seek Immediate Emergency Preliminary Injunctive Relief from violations of Section 1983 of the Civil Rights Act of 1871 42 U.S.C. § 1983 ("Section 1983").

1

1. This action is brought by Plaintiff, Derrick Jacobs against the City of Philadelphia, et al seeking Emergency Injunctive Relief to prevent an ongoing violation of the plaintiff's Constitutional Rights.

2. The Plaintiff seeks Emergency Preliminary Injunctive Relief. The plaintiff seeks to be placed in Injured On Duty (IOD) status until adjudication, for the Defendants' violation of the Plaintiff's United States Constitutional Rights.

3. The Plaintiff also seeks to have all sick and vacation time used returned to the Plaintiff.

4. The defendant's actions will force the Plaintiff to retire from the Philadelphia Police Department or face an unconstitutional termination.

5. The Plaintiff has attempted to have the defendant's unconstitutional actions addressed.

6. The defendants have refused to address their unconstitutional actions.

7. This action is brought pursuant to 42 U.S.C. Section 1983 for violations of the Plaintiff's Constitutional Rights under the color of law.

8. The defendants have engaged in a conspiracy to constructively discharge the Plaintiff from the Philadelphia Police Department.

9. The Plaintiff has been forced to use HIS own sick and vacation time to avoid the illegal, arbitrary and capricious disciplinary actions initiated by the defendants.

10. The Plaintiff satisfies each of the elements for securing an emergency preliminary injunction. The Defendant's actions violates the First and Fourteenth Amendments and the Due Process of the United States Constitution, as well as Pennsylvania law, and thus the Plaintiff is likely to succeed on the merits of its claim; the Plaintiff will be irreparably harmed by defendant's illegal actions; Defendants cannot establish that an injunction will harm their case. The public interest strongly favors enjoining Defendants from continuing these acts that are unconstitutional, according to law.

11. The Plaintiff respectfully requests oral argument on this motion.

_____

Derrick Jacobs

Pro Se

Plaintiff

3

## CERTIFICATE OF SERVICE

I, Derrick Jacobs, hereby certify that on January 14, 2021 a true and correct copy of the Pro Se Brief, was electronically served via ECF and/or email upon all parties of record listed below:

Jennifer MacNaughton, Esquire
Kelly S. Diffily, Esquire
Kia Ghee, Esquire
Nicole S. Morris, Esquire
City of Philadelphia Law Department
1515 Arch Street, 16th Floor
Philadelphia, PA 19102
***Attorneys for Defendants(s)***

Derrick Jacobs
P.O. Box 56091
Philadelphia, PA 19130
derrickjacobs9116@gmail.com
***Plaintiff***
*pro se*

**Date: January 14, 2021**