| | |
|---|---|
| **From:** | Derrick Jacobs <derrickjacobs9116@gmail.com> |
| **Sent:** | Thursday, January 14, 2021 11:43 PM |
| **To:** | Jennifer MacNaughton; Kia Ghee; kelly.diffily@phila.gov; Nicole Morris; PAED Documents |
| **Subject:** | Injunctive Relief Brief 21-cv-00128 |
| **Attachments:** | Filed Injunctive Relief.pdf |

**CAUTION - EXTERNAL:**

Attached is an Emergency Injunctive Relief Brief.

--
Thank you,

Derrick Jacobs

*This communication (including any attachments) may contain privileged or confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, or distribution of this communication, or the taking of any action based on it, is strictly prohibited.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.