IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK JACOBS | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 19-4616 |

ORDER

AND NOW, this 25th day of January, 2021, it is hereby ORDERED that the motion of Derrick Jacobs for emergency injunctive relief is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.