| | |
|---|---|
| **From:** | Derrick Jacobs <derrickjacobs9116@gmail.com> |
| **Sent:** | Tuesday, January 26, 2021 11:08 PM |
| **To:** | PAED Documents; Jennifer MacNaughton; Kia Ghee; kelly.diffily@phila.gov; Nicole Morris |
| **Subject:** | Second Amendment 19-cv-4616 |
| **Attachments:** | Filed Second Amendment Complaint 19-cv-4616.pdf |

**CAUTION - EXTERNAL:**

Please find the attached second amendment to 19-cv-4616 due February 1, 2021 per order of the Court.
--
Thank you,

Derrick Jacobs

*This communication (including any attachments) may contain privileged or confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, or distribution of this communication, or the taking of any action based on it, is strictly prohibited.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.