IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK JACOBS | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 19-4616 |

ORDER

AND NOW, this 2nd day of March, 2021, it is hereby ORDERED that:

(1) Plaintiff Derrick Jacobs is GRANTED leave to file the fourth amended complaint (Doc. # 29).

(2) The fourth amended complaint is deemed to supersede all previously filed complaints in this action.

(2) Plaintiff shall not file any further amended complaints.

(3) Defendants' Motion to Dismiss plaintiff's third amended complaint (Doc. # 28) is DENIED as moot.

(4) Defendants may file and serve on or before March 22, 2021 a motion to dismiss with respect to the fourth amended complaint (Doc. # 29).

(5) Plaintiff shall file and serve his brief in opposition to any motion to dismiss on or before April 8, 2021.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.