IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK JACOBS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 19-4616 |

ORDER

AND NOW, this 16th day of June, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of the defendants to dismiss plaintiff's fourth amended complaint (Doc. # 33) is GRANTED with respect to all federal claims; and

(2) plaintiff's claim under the Pennsylvania Whistleblower Law is DISMISSED without prejudice under 28 U.S.C. § 1367(c) so that plaintiff may pursue said claim in the state court.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.