```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DERRICK JACOBS                  :         CIVIL ACTION
                                :
     v.                         :
                                :
CITY OF PHILADELPHIA, et al.    :         NO. 19-4616

### ORDER

AND NOW, this 30th day of June, 2022, it is hereby ORDERED that plaintiff Derrick Jacobs shall file on or before July 13, 2022, an amended complaint that identifies the specific defendants he alleges to have violated the Pennsylvania Whistleblower Law, 43 P.S. § 1423.  See Jacobs v. City of Philadelphia, No. 21-2314, 2022 WL 1772989, at *6 (3d Cir. June 1, 2022).  No additional claims will be permitted.  If Jacobs asserts any additional claims, they will be dismissed without further notice.  If Jacobs fails to file an amended complaint identifying the specific defendants he alleges to have violated the Pennsylvania Whistleblower Law, this claim will be dismissed without further notice.

                                BY THE COURT:

                                /s/ Harvey Bartle III
                                _____
                                                    J.