To: Police Commissioner Christine Coulter

From: Detective Derrick Jacobs #9116, P/R 223879

Subject: Retaliation for being a Whistleblower

Date: October 4, 2019

On Thursday, June 8, 2017 I, Detective Derrick Jacobs, was involved in an investigation involving a police shooting in the area of Whitaker and Hunting Park Avenue, involving Police Officer Ryan Pownall.

I, Detective Derrick Jacobs, became an integral part of the investigation due my involvement in interviewing the majority of "fact" witnesses with integrity and honesty, which did not conform to the District Attorney's Office political agenda. This caused the District Attorney's Office to surgically remove me from the prosecution of Police Officer Ryan Pownall.

During investigation, I, Detective Derrick Jacobs observed acts of prosecutorial misconduct on behalf of District Attorney (DA), Lawrence Krasner and Assistant District Attorney (ADA), Tracy Tripp.

When I, Detective Derrick Jacobs, attempted to report the actions of misconduct on the part of the Philadelphia District Attorney's Office my Constitutional Rights was violated on and I was threatened with arrest and incarceration by Assistant District Attorney, Tracy Tripp, unless I, Detective Derrick Jacobs remained silent until after the trial of Police Officer Ryan Pownall.

On Friday, November 9, 2018 I, Detective Jacobs in the presence of Attorney Greg Pagano and court stenographer was informed that I had 5th Amendment issues for leaking grand jury information. With all parties involved knowing this to be a complete lie. I was punished and retaliated against for attempting to be a "Whistleblower" and report Prosecutorial Misconduct and Political Corruption on the part of the Philadelphia District Attorney's Office. Furthermore, I had "zero" information regarding grand jury testimony.

Also on January 13, 2018, I was the assigned investigator involving an Aggravated Assault on Police Officer Timothy Stephan. The District Attorney's Office did not "clear" Officer Stephan and Officer Jason Reid intentionally, causing a male who attempted to kill Police Officers case to be dismissed on February 11, 2019 (CP-51-CR-0003499). Although there was overwhelming evidence against the defendant the case was "Nolle Prossed" by the Commonwealth, citing Prosecutorial Discretion, (2) Officers not cleared to testify.

These actions continue to this very day and in effect ended my (Detective Derrick Jacobs) Law Enforcement career on Friday, November 9, 2018.

I, Detective Derrick Jacobs, possess items of evidentiary value to support above listed statements.

I would like a criminal investigation into above listed matters.

I would like all protections provided to me under all "Whistleblower" statutes.

I would also like a copy of this document forwarded to United States Attorney William McSwain and Pennsylvania Attorney General Josh Shapiro for potential Federal and State violations of criminal law.

Thank you for your prompt and urgent attention into this matter,

Detective Derrick Jacobs #9116, P/R 223879

EXHIBIT 1

Christine.Coulter@phila.gov