To: Police Commissioner Christine Coulter

From: Detective Derrick Jacobs #9116, P/R 223879

Subject: Retaliation for being a Whistleblower and Deprivation of Rights under the Color of Law

Date: November 8, 2019

Commissioner Coulter, I have an urgent matter that I need to discuss with you. I have been deprived of my Constitutional Rights under 18 USC § 242, as a result of my duties as a Philadelphia Police Detective. I request a meeting with you at your earliest convenience to address these concerns.

Thank you for your prompt and urgent attention into this matter,

*[signature]*

Detective Derrick Jacobs #9116, P/R 223879

# EXHIBIT 2