**MEMORANDUM**

POLICE
CITY OF PHILADELPHIA

DATE 11/18/2019

TO : Police Commissioner, Christine Coulter

FROM : Detective Derrick Jacobs #9116

SUBJECT : <u>URGENT MATTER REGARDING DETECTIVE DERRICK JACOBS #9116</u>

1. On October 4, 2019, I sent a direct and discreet email to you regarding an "Urgent Matter". Other than a response "Received Sir", to date I have not received any correspondence regarding the urgent matter.

2. The matter in question are what I believe to be criminal acts that were committed against me by the Philadelphia District Attorney's Office and Assistant District Attorney (ADA), Tracy Tripp as a result of my performance and duties as a Philadelphia Police Detective. ADA Tripp deprived me of my Constitutional Rights and intentionally inflicted emotional distress on me and my family while acting in her capacity as an Assistant District Attorney.

3. I would like a meeting at your earliest convenience to discuss these "urgent matters".

4. Your consideration is greatly appreciated.

_____
Detective Derrick Jacobs #9116
OISI Unit

*Reviewed by Lt. Hendershot #148 OISI UNIT*

**Disapproved**
NOV 19 2019
Chief Inspector
Detective Bureau

**DISAPPROVED**
**Deputy Commissioner**
NOV 2 1 2019
D.W.
**Special Operations**

*The PPD is not the proper Authority to investigate victimization by the DA's office. Refer this complaint to the Attorney General's Office.*

82-S-1 (REV. 3/59)   RESPONSE TO THIS MEMORANDUM MAY BE MADE HEREON IN LONGHAND

**EXHIBIT 3**

Disapproved

NOV 13 2019

Chief Inspector
Detective Bureau

DISAPPROVED

Deputy Commissioner

NOV 2 1 2019

Special Operations