To: Deputy Police Commissioner Dennis Wilson

From: Detective Derrick Jacobs #9116

Subject: Search Warrant Podcast regarding criminal activity by the Philadelphia District Attorney's Office

Date: January 27, 2020

On November 26, 2019 you summoned me to your office to inform me you were declining my request to speak with Commissioner Christine Coulter regarding criminal activity by the Philadelphia District Attorney's Office and my request for a criminal referral to the United States Attorney regarding this matter. The reason you stated for the declination is to limit you and the Commissioner's involvement and exposure in the civil matter and not wanting to be a witness in the matter. Whether or not if I agreed, I respected you being straightforward and indicated that to you.

During this conversation I informed you of ALL my intentions of not stopping until JUSTICE was served upon ADA Tripp. You acknowledge the activity and asked if I would first present the case to the Pennsylvania Attorney General's Office. I responded this would be a conflict because of my mentioning of Attorney General Christopher Phillips in my civil matter. You asked if I would at least try first and if I was not successful, I could move forward with seeking assistance from the US Attorney.

On November 27, 2019, I reached out to the Attorney General's Office, who acknowledged the conflict.

On Monday, December 2, 2019, I began reaching out to you, to inform you of my intentions of filing a criminal complaint against Assistant District Attorney Tracy Tripp. I wanted you to know so there would be no surprises, respecting our conversation in your office. To date my goodwill and intentions has fallen on deaf ears. The gentlemen's agreement I believed we shared has been permanently and irrevocably violated.

For the record and clarity here's how we arrived here. On October 4, 2019, I sent Commissioner Christine Coulter a memorandum indicating the criminal activity by the Philadelphia District Attorney's Office against me, as a result of my duties as a Philadelphia Police Detective. Commissioner Coulter, for whatever reason, did not respond. On October 6, 2019, I resent the memorandum indicating it was an "Urgent Matter". Commissioner Coulter responded on October 7, 2019, through email, "Received Sir". After not receiving any communication from the Commissioner since that fly swatter of a response, on November 18, 2019, I sent a memorandum "up the chain" which caused the meeting with you on November 26, 2019.

Now that we got that out of the way, here we go.

After you and the Commissioner violated your oath to protect the citizens of the City with Honor, Integrity and Service (for the record I am a citizen of this City), I sought assistance from other parties to combat the criminal enterprise, which is the Philadelphia District Attorney's Office in its current composition.

I brought to your attention in great detail the corruption and criminality of the Philadelphia District Attorney's Office. In your office, you chose to ignore it by stating "there is nothing you can do about how the District Attorney's Office operates". I responded when they make an accusation against a Police Officer, we are taken off the street and investigated almost immediately.

Let me ask a question or two. What measures have you taken to investigate my allegations? Documentation of these measures would be preferred. Have you or the Commissioner asked District Attorney Larry Krasner about these allegations? Have you or the Commissioner had any discussions with him about this matter? Have you asked him if Assistant District Attorney, Tracy Tripp was acting on his behalf or if she is a rogue Assistant District Attorney? Have you attempted to locate the "lost transcripts"? While we're on the subject have you or the Commissioner asked Larry Krasner why he was involved with Maurice Hill, during his attempt to kill multiple Police Officers and as a "fact witness", why he is not cooperating with the investigators or in the investigation by providing an interview regarding this contact with Mr. Hill during the standoff. Like our conversation in your office, you want protection. Self preservation is your motto. You don't want to upset the people that hold your fate in their hands. When I chose to protect me and my family, you attack what you believe is easy prey. Hypocrisy is an ugly word.

On Saturday, January 18, 2020, I continued to protect my family. I asked the Philadelphia Police Department, including you and Commissioner Coulter to help me, prior to this date. You both declined.

On January 18, 2020, I participated in a podcast. As a result of the podcast, on January 22, 2020, you directed my Commanding Officer to take disciplinary action against me (easy prey). This is an assault on my Constitutional Rights (1st Amendment) and a retaliatory act against me as a result of my Federal lawsuit. The information that I provided during the podcast was the same information that I provided to you in your office (all the same). Now you want to discipline me in order to protect YOUR interest. I will seek all remedies to protect me and my family from the virus that seems to have spread from the Philadelphia District Attorney's Office to the Philadelphia Police Department.

Whether you were ordered to take disciplinary action against me by a superior, Krasner, Tripp or acted alone (you will be afforded the opportunity to state your reason), they are one in the same. I reported criminal activity to YOU. YOU threatened disciplinary action against ME. You ORDERED my Commanding Officer that I can no longer report the criminal activity committed against me by the District Attorney's Office without YOUR permission. Consider this my request. If you decline this request, can you please justify your reason to me, in writing?

By attempting to silence me, in my opinion, you are complicit in the alleged criminal activity. You had an easy choice to make and I would have accepted your conversation. It's an easy statement. I have an investigator who stated he was maliciously prosecuted as a result of his participation in the Pownall investigation. Would you consider taking a look at this to see if there are any merits to his claim? No, you chose door #2. Jacobs shut up or you will be disciplined (wrong door, you chose the goat eating grass).

EVERY action you have taken in this matter has been against me and my family. You have denied me the opportunity to state my case to the Commissioner. You have refused to forward this matter to the US Attorney for their review. Now, since you have refused to make the TOUGH choices that come with your position, you chose to threaten my employment, my family and me (easy prey) with discipline. You are just as complicit as Krasner and Tripp. Threatening me for doing NOTHING wrong, while insulating yourself behind the curtain like Oz.

I came to you and the Commissioner for help and assistance. You chose to threaten me and my employment. You should get TOUGH on CRIMINALS not sworn Law Enforcement Officers who are doing their job to Protect the Department and Community you should to be representing. You should investigate the complaint and not threaten the victim initiating the complaint.

In closing, I would like to borrow a quote. Received Sir.

Respectfully submitted,

Detective Derrick Jacobs #9116

# EXHIBIT 4