**MEMORANDUM**

POLICE

**CITY OF PHILADELPHIA**

**DATE** 2/10/2020

**TO**       : Police Commissioner, Danielle Outlaw

**FROM**    : Detective Derrick Jacobs #9116

**SUBJECT** : <u>**URGENT MATTER REGARDING DETECTIVE DERRICK JACOBS #9116**</u>

1.    Commissioner Outlaw congratulations on your appointment.

2.    I have attempted to report to former Police Commissioner, Christine Coulter, what I believe to be criminal acts that were committed against me by the Philadelphia District Attorney's Office and Assistant District Attorney (ADA), Tracy Tripp due to my performance and duties as a Philadelphia Police Detective. ADA Tripp deprived me of my Constitutional Rights and intentionally inflicted emotional distress on me and my family while acting in her capacity as an Assistant District Attorney. The only response to date from your predecessor is "Received Sir".

3.    I attempted to go public and report the corruption. As a result, Deputy Police Commissioner Dennis Wilson initiated a disciplinary investigation against me in retaliation.

4.    I apologize for submitting this on your first day and wish you nothing but success. I did not want you to be misinformed. I would like an opportunity to discuss these issues with you whenever possible.

Detective Derrick Jacobs #9116
OISI Unit

# EXHIBIT 5