To: Police Commissioner Danielle Outlaw

From: Detective Derrick Jacobs #9116

Subject: Departmental and Criminal actions by Deputy Police Commissioner Christine Coulter, Deputy Police Commissioner Dennis Wilson and Inspector DF Pace

Date: March 6, 2020

On February 10, 2020, I sent you a memorandum about actions the Command Staff of the Philadelphia Police Department was implementing against me as a result of me being a "Whistleblower" into corruption by the Philadelphia District Attorney's Office. To date, I have not received a response to that memorandum. Since the memorandum additional acts have been committed against me in an effort to silence me from reporting this corruption. I would like my concerns addressed immediately to stop this abomination of Justice and assault and deprivation of my Constitutional liberties.

I also sent a memorandum to your predecessor for permission to go public regarding the actions that were taken against me and why I believe those actions were taken. I am now requesting your permission to go public. If I am denied, can a reason be given?

Due to aggressive and illegal acts that have been committed against me by Deputy Police Commissioner Christine Coulter, Deputy Police Commissioner Dennis Wilson and Inspector DF Pace. I would a departmental and criminal investigation initiated for the following.

**Departmental Violations:**

Conduct Unbecoming

1-004-10 Failure to report corruption or other illegal acts.

1-011-10 Abuse of Authority

1-015-10 Engaging in threatening, harassing, intimidating or like conduct toward another member of the Philadelphia Police Department.

1-026-10 Engaging in any action that constitutes the commission of a felony or a misdemeanor which carries a potential sentence of more than one (1) year.

*(See criminal violations below)*

Criminal Violations

**18 PA CS 4952 Intimidation of witnesses or victims (statute attached).**

A person commits an offense if, with the intent to or with knowledge that his conduct will obstruct, impede, impair, prevent or interfere with the administration of criminal justice, he intimidates or attempts to intimidate any witness or victim to:

(1) Refrain from informing or reporting to any law enforcement officer, prosecuting official or judge concerning any information, document or thing relating to the commission of a crime. **FELONY.**

**18 PA CS 4953 Retaliation against witness, victim or party (statute attached).**

A person commits an offense if he harms another by any unlawful act or engages in a course of conduct or repeatedly commits acts which threaten another in retaliation for anything lawfully done in the capacity of witness, victim or a party in a civil matter. **FELONY.**

**18 PA CS 5301 Official oppression (statute attached).**

A person acting or purporting to act in an official capacity or taking advantage of such actual or purported capacity commits a misdemeanor of the second degree if, knowing that his conduct is illegal:

(1) subjects another to arrest, detention, search, seizure, mistreatment, dispossession, assessment, lien or other infringement of personal or property rights or
(2) denies or impedes another in the exercise or enjoyment of any right, privilege, power or immunity.

**18 PA CS 903 Criminal Conspiracy**

These may seem on their face outrageous requests, but they are not. When you abuse and unleash your power and authority on an innocent person, you do not deserve to be a member of the Command Staff of the Philadelphia Police Department. I will show at a later date, I did not violate any departmental directives, only state as a citizen information already in the public domain (DF Pace, Esquire should have conducted a more thorough investigation instead of proceeding with their predetermined outcome, regardless of the facts). Ten days including weekends to investigate and charge me with Conduct Unbecoming.

The Intentional Infliction of Emotional Distress on me and my family and has caused me to seek treatment from a medical professional.

Ultimately the final decision will be yours as Police Commissioner whether or not these acts against me will continue.

I will close the same as before. I wish you nothing but success.

Detective Derrick Jacobs #9116, 223879

**EXHIBIT 6**