To: Police Commissioner Danielle Outlaw

From: Detective Derrick Jacobs #9116

Subject: Departmental and Criminal actions by Deputy Police Commissioner Christine Coulter, Deputy Police Commissioner Dennis Wilson and Inspector DF Pace

Date: May 18, 2020

  On February 10, 2020, I sent you a memorandum about actions the Command Staff of the Philadelphia Police Department was implementing against me as a result of me being a "Whistleblower" into corruption by the Philadelphia District Attorney's Office. To date, I have not received a response to that memorandum. Since the memorandum additional acts have been committed against me in an effort to silence me from reporting this corruption. I would like my concerns addressed immediately to stop this abomination of Justice and assault and deprivation of my Constitutional liberties.

  On March 6, 2020 I sent you a second memorandum about the departmental and criminal adverse employment actions the Command Staff of the Philadelphia Police Department was implementing against me as a result of me being a "Whistleblower" into corruption by the Philadelphia District Attorney's Office. To date I have not received a response to either memorandum.

  I would like to know who initiated the arbitrary and capricious adverse employment and criminal actions against me and was it at your authority. Was it Deputy Commissioner Coulter? Was it Deputy Commissioner Wilson? Was it Inspector Pace? Was it District Attorney Lawrence Krasner? Was it Assistant District Attorney Tracy Tripp? Do you know? Do you care?

  I would like to know who made the decision to charge me with "Conduct Unbecoming" an Officer "Unspecified".

  I would like to know who made the decision to charge me with "Neglect of Duty".

  I would like to know if the rumor is correct that you are going to violate Departmental due process and take Commissioner's Direct Action (CDA) against me.

  I would like to know who violated my Constitutional and Civil liberties?

  This "investigation" took ten days. Who was interviewed? Was Deputy Commissioner Wilson interviewed? Was my Commanding Officer, Lieutenant Jason Hendershot interviewed? Were members of the Officer Involved Shooting Investigation (OISI) interviewed? Was I the ONLY person interviewed? Who initiated this "investigation"?

  Why did they discipline me on your first day as Police Commissioner?

  I would like to know your intentions?

I realize you do not have to answer any of the above questions at this point. During my meeting with Deputy Commissioner Wilson, I informed him of my intentions to go public and my request for a criminal investigation. He agreed with both, acknowledging Tracy Tripp and the District Attorney's Office were corrupt. He commended me on my lawsuit. He informed me Commissioner Coulter could not speak to me because she did not want to become a witness in my litigation and that why he was disapproving my request to speak with her. His only request was that I speak with the Attorney General's regarding the pursuit of criminal charges.

I also sent a memorandum to your predecessor for permission to go public regarding the actions that were taken against me and why I believe those actions were taken. I am now requesting your permission to go public. If I am denied, can a reason be given?

These may seem on their face outrageous requests, but they are not. When you abuse and unleash your power and authority on an innocent person, you do not deserve to be a member of the Command Staff of the Philadelphia Police Department. I will show at a later date, I did not violate any departmental directives, only state as a citizen information already in the public domain (DF Pace, Esquire should have conducted a more thorough investigation instead of proceeding with their (conspirators) predetermined outcome, regardless of the facts. Ten days including weekends to investigate and charge me with Conduct Unbecoming.

The Intentional Infliction of Emotional Distress against me and my family has caused me to seek treatment from a medical professional and use my personal sick time.

Ultimately the final decision will be yours as Police Commissioner whether or not these acts against me will continue.

I will close the same as before. I wish you nothing but success.

Detective Derrick Jacobs #9116, 223879

# EXHIBIT 7