To: Police Commissioner Danielle Outlaw

From: Detective Derrick Jacobs #9116

Subject: Failure to respond to Departmental and Criminal actions by Deputy Police Commissioner Christine Coulter, Deputy Police Commissioner Dennis Wilson, Inspector DF Pace, District Attorney Lawrence Krasner and Assistant District Attorney Tracy Tripp

Date: August 3, 2020

      In my previous memorandums to you, I have wished you nothing but success. It appears you do not wish me and my family the same. I have waited over 120 days for a response and action from you. You have addressed and adjudicated matters against Philadelphia Police Department members while assisting the Philadelphia District Attorney's Office in far swifter fashion.

      You have turned a blind eye and totally ignored the "facts" I presented to YOU regarding the corruption and criminality committed by members of your Command Staff and the Philadelphia District Attorney's Office.

      Your failure to respond and/or act can only be construed as complicity and/or utter complete negligence.

      I had been informed that you have known of my situation and would discipline me by taking Commissioner's Direct Action (CDA). I do not know whether this is true or false. I do know that you have not acted on the issues of public concern that I have raised and relayed to you.

      On the contrary, members of your Command Staff have initiated disciplinary actions against me for speaking out on matters of public concern. These actions carry a penalty of 30 days suspension or dismissal. These actions have tarnished my reputation of almost 25 years. The discipline actually states it is because I spoke out on matters of public concern.

      Tracy Tripp is a member of the Accountability and Integrity Office in the Philadelphia District Attorney's Office. You have not held her "accountable" for her actions against me and she has zero "integrity" but yet this has not been addressed.

      The department's arbitrary and capricious decision to discipline this African American male was illegal and violates criminal and civil statutes. This demands your immediate attention and action. Can your department show ONE other person that was disciplined in this matter? The charge alone shows the department's disdain against me exposing this corruption (Charge: Conduct Unbecoming UNSPECIFIED). I have provided you specific violations to their conduct.

      Your Command Staff has conspired with the Philadelphia District Attorney's Office to silence me from reporting matters of public concern. Deputy Commissioner Christine Coulter, Deputy Commissioner Dennis Wilson (now Chief Inspector) and Inspector DF Pace all are parties in this illegal activity to silence me.

Inspector Pace (who represents himself as a lawyer), stated aspersions were cast on the District Attorney's Office (DAO) and my actions compromised the department's ability to work with the DAO.

**Well, let us look into the investigation and discipline implemented by the Philadelphia Police Department against Detective Derrick Jacobs.**

1. Who did the Department interview besides Detective Jacobs regarding his allegations involving corruption at the Philadelphia District Attorney's Office?
2. Did the Department interview Detective Jacobs' supervisors?
3. Did the Department interview any other member of the Officer Involved Shooting Investigation (OISI) Unit?
4. Did the Department interview Commissioner Christine Coulter (now Deputy Commissioner)?
5. Did the Department interview Deputy Police Commissioner Dennis Wilson (now Chief Inspector)?
6. Did the Department speak with Senior Deputy Attorney General Christopher Phillips?
7. Did the Department attempt to speak with ADA Tracy Tripp?
8. Did the Department attempt to speak with DA Lawrence Krasner?
9. Did the Department review the PUBLIC FY18 budget proposal?
10. What investigative actions did the Department take before taking these illegal actions?

I only listed ten items to show the complete negligence and incompetence of this investigation. This was a total political hit job against me and my family. The Philadelphia Police Department violated my First Amendment Constitutional Rights and RETALIATED against me for reporting a matter of public concern and threatened my employment to keep me from exposing political corruption.

The charges allege that I made statements without evidence and did not use the proper Departmental channels to address grievances. Who did Inspector Pace interview to determine whether evidence existed to support my allegations (is that how THIS lawyer prepares)? Also, multiple documents exists that shows ALL channels of departmental communications were exhausted and outside channels were approved, including by the person who initiated this abomination of justice, Deputy Police Commissioner Dennis Wilson. Commissioner Wilson stated, **"The PPD is NOT the proper authority to investigate the VICTIMIZATION by the DA's Office. Refer this complaint to the Attorney General's Office."** This was stated after a meeting was conducted in the Deputy Commissioner's Office.

**Definition of victimization: The action of singling someone out for cruel or unjust treatment** (ex: "we should be able to speak up without fear of victimization").

The Inspector also spoke upon social media policy. This Inspector filed a federal lawsuit as a result of his participation on social media and being identified in the **Plain View Project**, which cast a negative light on the Philadelphia Police Department. Did he charge himself with Conduct Unbecoming?

Since the Philadelphia Police Department is NOT the agency to address the VICTIMIZATION of me and only seeks to further VICTIMIZE me, I would like the following actions:

1. The United States Attorney, William McSwain, to be contacted in writing to initiate a federal investigation to determine if there's probable cause for criminal charges under Title 18 to be levied against ALL parties who participated in this conspiracy.
2. I would like to be afforded the opportunity to file a criminal complaint against parties of the Philadelphia Police Department and Philadelphia District Attorney's Office (75-48).
3. I have documented and factual evidence to support my claims and will provide upon request in a criminal investigation.

The facts are irrefutable. I exhausted all channels and reported this corruption to ALL superiors made available. The Department chose to ignore the criminality. As a lifelong African American male in this community, I take these matters of public concern seriously.

Commissioner, I have authored multiple memorandums and address them to all parties up the chain of command, including memos and emails addressed to your Office. To date, I have not received support or attention to these issues, other than to threaten my employment.

I would like this memorandum addressed in three business days. I believe this is a reasonable request since this matter has not received the urgency it requires. Your inaction has allowed criminality and corruption to flourish in both the Philadelphia Police Department and Philadelphia District Attorney's Office.

In closing, I wish you and my family the same.

Detective Derrick Jacobs #9116, 223879

# EXHIBIT 8