To: Police Commissioner Danielle Outlaw

From: Detective Derrick Jacobs #9116

Subject: Departmental and Criminal actions by members of the Philadelphia Police Department's Command Staff.

Date: September 24, 2020

     Commissioner, I appreciate your response to my email dated August 3, 2020. I honored your request and directed correspondence to Jennifer MacNaughton for clarity. Ms. MacNaughton responded to the email and included you in her response on September 1, 2020. Her response confirmed she is not involved in this matter.

     I authored an email on August 27, 2020 about additional concerns raised by your response on August 26, 2020. Since Ms. MacNaughton placed the ball back in your court; what actions have been taken to address those concerns?

     You acknowledged in your email that corruption exist among your Command Staff as it relates to the arbitrary and capricious retaliatory acts that have been taken against me because I have reported this corruption. The fact that I sent multiple memorandums up the chain of command to you and you informed me they were never received is cause for an immediate investigation. The memorandums were never returned to me approved or disapproved. I was informed verbally by my Commanding Officer that decisions were made against me based upon those memorandums that were addressed to you. If you did not receive these memorandums, then who gave the orders to retaliate against me without your knowledge? As Commissioner, I would think you would want to know immediately. Who was the Commander(s) that usurped your authority?

     I am not making any accusations without an investigation. There are ONLY two paths in this matter. There are Philadelphia Police Department Command Staff personnel under your command who are part of the conspiracy. There are Philadelphia Police Department Command Staff personnel under your command who are condemning the conspiracy. I have been more than patient, I need these answers soon.

     I have used hundreds of hours of MY sick time because I had been informed you were going to initiate Commissioner's Direct Action (CDA) against me. You have not responded whether that was true or false to date. I informed my Commanding Officer that I should be carried Injured On Duty (IOD) status because of the corrupt actions of your Command Staff and having not received any information from you. He informed me that he contacted the Commanding Officer of the Safety Office and was informed there is no IOD status for "stress".

     I need to be placed into IOD status immediately and my sick time restored while you investigate the illegal actions of your Command Staff (I have provided State and Federal Statutes in previous correspondence).

      I will be filing a police report to initiate criminal charges against Tracy Tripp. I would like the US Attorney to investigate this matter. I have previously contacted the Attorney General's Office (AGO) at the request of Deputy Police Commissioner Dennis Wilson, who informed me there was a conflict. After the clarity provided by City Solicitor, Jennifer MacNaughton, in the email sent to the both of us, I would like for you to submit this matter to the AGO who can subsequently forward the investigation to the US Attorney.

      After the investigation into your Command Staff for their retaliatory acts and violations of my civil liberties, I would also like the investigative results forwarded to the US Attorney for Civil Rights violations (Statutes previously submitted).

Thank you,

Detective Derrick Jacobs #9116, 223879

# EXHIBIT 10