To: Police Commissioner Danielle Outlaw

From: Detective Derrick Jacobs #9116

Subject: Departmental and Criminal actions by members of the Philadelphia Police Department's Command Staff.

Date: October 6, 2020

      Commissioner, I have reached out to YOU on multiple occasions. I have exhausted every Departmental medium possible to obtain YOUR stance on the Criminal actions committed by members of the Philadelphia Police Department's Command Staff against me. The ONLY response I have received was that you had not previously received ANY correspondence from me. You instructed me to direct correspondence to the City Solicitor.

      Your Command Staff has conspired with the Philadelphia District Attorney's Office to violate my Constitutional Rights (First Amendment Retaliation) in an effort to deter me from exposing public corruption. Since I began to expose this corruption only two things have occurred.

      1) The Philadelphia District Attorney's Office has threatened criminal prosecution against me.

      2) The Philadelphia Police Department has threatened termination of my employment. The disciplinary charges actually state it is because I am speaking out against Lawrence Krasner and the Philadelphia District Attorney's Office (First Amendment Retaliation).

      I have requested a criminal investigation. I have not received a response to multiple memorandums over several months.

**I would like to have answers to the following:**

      Do you intend to follow up on your Command Staff's criminal behavior by taking Commissioner's Direct Action (CDA) against me regarding the illegal 75-18's.

      Since you told me YOU never received any previous memorandums. Who ordered Lieutenant Hendershot to send me to Internal Affairs? This was to inflict additional discipline on me by attempting to charge me with failure to cooperate in a Departmental investigation.

      Have you initiated an investigation into their activities and forwarded this matter to the US Attorney's Office?

  Your Command Staff is attempting to FORCE me into retirement under the threat of YOU taking Commissioner's Direct Action against ME. I have asked YOU on multiple occasions if this was the case and YOU have refused to answer. Why else were you not forwarded memorandums that were sent to YOU by ME up the chain of command since February 10, 2020 without receiving any approval or disapproval?

  There are only two scenarios here.

  1) Your Command Staff are participating in these illegal attacks against me without your knowledge (I have sent you the facts), which is bad.

  2) You are complicit with your Command Staff and the Philadelphia District Attorney's Office in the execution of these illegal attacks against me, which is worse.

  What I do know is I have brought these matters to your attention and from this catbird's view; nothing has been done to curtail and/or stop them. I would like the disciplinary action that has been taken against me immediately removed and condemned.

  You have stated you are saddened and sickened by the gun violence that took place in our City yesterday and over the weekend. This is what happens when you allow a corrupt District Attorney's Office to perform Tuskegee type experiments on OUR communities. We are not lab rats. You previously asked for statistics from the District Attorney to attempt to ascertain what link in the chain is broken and what could be done to repair the link. He dismissed your request and provided zero cooperation. There is not one experienced law enforcement Officer who could not have predicted the correlation between the District Attorney's Office corrupt policies and the increase in violence.

  In closing, based upon the correspondence sent to both of us by the City Solicitor, I submitted a criminal civil rights complaint to the Pennsylvania Attorney General's Office, Public Corruption unit against Tracy Tripp of the District Attorney's Office.

Thank you,

Detective Derrick Jacobs #9116, 223879

# EXHIBIT 11