

Derrick Jacobs <derrickjacobs9116@gmail.com>

## Political and Philadelphia Police Department Corruption

**Police Commissioner** <Police.Commissioner@phila.gov>  Fri, Oct 9, 2020 at 9:10 AM
To: "derrickjacobs9116@gmail.com" <derrickjacobs9116@gmail.com>

Detective Jacobs,

I am in receipt of your October 6, 2020 email and memorandum to Commissioner Outlaw.

You have previously been informed of the proper channels for your complaints. To recap:

- Any issue regarding discipline you may have received should be directed to your union.
- Any accusations of corruption should be directed to the Attorney General or other investigating authorities.
- Any issues relating to your pending lawsuits against the City, the DA, or the Police Department should be directed to the Law Department attorneys handling those matters (namely, Jennifer MacNaughton for the lawsuit involving the DA; Christopher Rider for the FLSA lawsuit).

It is inappropriate and disruptive for you to continue sending emails and memoranda to the Commissioner on these matters.

Lt. Patrick Quinn
Office of the
Police Commissioner

# EXHIBIT 12