| Section | Charge | 1st Offense | 2nd Offense | 3rd Offense | Reckoning Period |
|---|---|---|---|---|---|
| 1-§020-10 | Repeated violations of any Departmental rules or regulations. | 30 days or Dismissal | Dismissal | ---------------- | 5 Years |
| 1-§021-10 | Any incident, conduct, or course of conduct, which indicates that an employee has little or no regard for his/her responsibility as a member of the Police Department. | 30 days or Dismissal | Dismissal | ---------------- | 5 Years |
| 1-§022-10 | Any act, conduct or course of conduct, which objectively constitutes discriminating or harassing behavior based on race, color, gender, religion, national origin, age, ancestry, sexual orientation, disability, or gender identity. | Reprimand to Dismissal | Reprimand to Dismissal | Reprimand to Dismissal | 5 Years |
| 1-§023-10 | Inappropriate communication(s) based on race, color, gender, religion, national origin, age, ancestry, sexual orientation, disability, or gender identity conveyed in any manner. | Reprimand to 15 days | Reprimand to Dismissal | Reprimand to Dismissal | 5 Years |
| 1-§024-10 | Any act, conduct or course of conduct, which objectively constitutes sexual harassment. | Reprimand to Dismissal | Reprimand to Dismissal | Reprimand to Dismissal | 5 Years |
| 1-§025-10 | On-duty or job-related inappropriate sexually based communication(s) conveyed in any manner. | Reprimand to 15 days | Reprimand to Dismissal | Reprimand to Dismissal | 5 Years |

**DISCIPLINARY CODE, PAGE 3**