**Gmail**

**Derrick Jacobs <derrickjacobs9116@gmail.com>**

# Departmental and Criminal violations by the Philadelphia Police Department Command Staff

**Jennifer MacNaughton** <Jennifer.MacNaughton@phila.gov>          Tue, Sep 1, 2020 at 5:06 PM
To: Derrick Jacobs <derrickjacobs9116@gmail.com>, "Danielle.Outlaw" <Danielle.Outlaw@phila.gov>

Hello Mr. Jacobs,


That is correct. I represent the City, the District Attorney's Office, the DA, and Ms. Tripp in your civil lawsuit against the City.


I do not handle any criminal cases. As noted in the Department's response to your November 2019 memo to Commissioner Coulter, the Attorney General's Office is the appropriate entity to investigate complaints against the DA's office.


Additionally, some of your correspondence appears to relate to police discipline matters. Those inquiries should be directed to your union.


Please address any correspondence about your civil lawsuit to me, via email.


Best,

Jennifer

---

**From:** Derrick Jacobs <derrickjacobs9116@gmail.com>
**Sent:** Friday, August 28, 2020 1:50 PM
**To:** Jennifer MacNaughton <Jennifer.MacNaughton@Phila.gov>; Danielle.Outlaw <Danielle.Outlaw@Phila.gov>
**Subject:** Departmental and Criminal violations by the Philadelphia Police Department Command Staff

> **External Email Notice.** This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.

[Quoted text hidden]