**From:** Derrick Jacobs <derrickjacobs9116@gmail.com>
**Sent:** Thursday, July 14, 2022 11:34 AM
**To:** PAED Documents
**Subject:** Re: 19-cv-4616 Court ordered amended complaint
**Attachments:** July 13 2022 Court Ordered Amended Complaint 2.pdf

**CAUTION - EXTERNAL:**

19-cv-4616 Part 2

On Thu, Jul 14, 2022 at 11:32 AM Derrick Jacobs <derrickjacobs9116@gmail.com> wrote:
19-cv-4616 Part 1

On Thu, Jul 14, 2022 at 11:30 AM PAED Documents <paed_documents@paed.uscourts.gov> wrote:

We cannot open external links.  Please submit in adobe format or word and we can convert.

Thank you.

**From:** Derrick Jacobs <derrickjacobs9116@gmail.com>
**Sent:** Thursday, July 14, 2022 11:11 AM
**To:** PAED Documents <paed_documents@paed.uscourts.gov>; daniel_mccormick@paed.uscourts.gov
**Subject:** 19-cv-4616 Court ordered amended complaint

**CAUTION - EXTERNAL:**

July 13 2022 Court Ordered Amended Complaint.pdf

This was sent on July 13, 2022. I have not had a problem with opening as a pdf. I sent a courtesy copy to Judge Bartle's clerk, Cheryl, who also did not have a problem with opening as a pdf. I need this docketed on July 13, 2022 as per the Court order, Everyone you sent me to went to voicemail.

--

Thank you,

Derrick Jacobs

*This communication (including any attachments) may contain privileged or confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, or distribution of this communication, or the taking of any action based on it, is strictly prohibited.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.