IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK JACOBS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 19-4616 |

ORDER

AND NOW, this 7th day of September, 2022, it is hereby ORDERED that:

(1) the motion of defendants for an extension of time (Doc. # 49) is GRANTED; and

(2) defendants shall answer or otherwise respond to the operative complaint of plaintiff Derrick Jacobs (Doc. # 42) on or before September 15, 2022.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.