IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK JACOBS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA et al. | : | NO. 19-4616 |

ORDER

AND NOW, this 20th day of October, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants City of Philadelphia, Lawrence Krasner, Tracey Tripp, Kia Ghee, Danielle Outlaw, Christine Coulter, Benjamin Naish, Frank Vanore, Dennis Wilson, Francis Healy, D.F. Pace, Jason Hendershot, and Patrick Quinn to dismiss the claims of plaintiff Derrick Jacobs under the Pennsylvania Whistleblower Law (Doc. #52) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.