```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

PRO SE PLAINTIFF and COUNSEL:

    RE:   Jacobs v. City of Philadelphia, et al.
          Civil Action No. 19-4616

                IMPORTANT NOTICE TO COUNSEL

    Please be advised that the Rule 16 in-person status conference previously scheduled for November 22, 2022 is **RESCHEDULED** to **November 21, 2022 at 2:00 P.M.** before The Honorable Harvey Bartle III in Courtroom 16A, United States Courthouse, 601 Market Street, Philadelphia.

                                  /s/ Cheryl P. Stormes
                                  Cheryl P. Stormes
                                  Civil Deputy Clerk
                                  (215)597-2693

DATED:  November 7, 2022