

February 17, 2023

Samantha Banks
Direct Dial 215-751-2287
Direct Fax 215-751-2205
E-Mail: sbanks@schnader.com

**VIA ECF**

The Honorable Harvey Bartle III
Senior U.S. District Judge
United States District Court for the
 Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

        **RE:**    **Derrick Jacobs v. City of Philadelphia, et al.,
                   U.S.D.C. Eastern District of Pennsylvania, No. 2:19-cv-04616**

Dear Judge Bartle:

        Our firm was recently retained to represent defendant Tracy Tripp in the above captioned matter.  We entered our appearances on February 15, 2023 (ECF Nos. 80-82).

        Given the complex procedural history in this matter, we respectfully request that the Court enter the attached proposed order allowing us until March 3, 2023 to respond to Plaintiff's Motion for Reconsideration (ECF 78).

        Respectfully submitted,

        Samantha Banks
    For SCHNADER HARRISON SEGAL & LEWIS LLP

Enclosure

cc with encl via ECF and first class mail:

Derrick Jacobs
P.O. Box 1454
Berlin, MD 21811