

**Schnader** | *The Higher Calling of the Law*
ATTORNEYS AT LAW

1600 Market Street   Suite 3600
Philadelphia, PA  19103-7286
215.751.2000   Fax 215.751.2205   schnader.com

March 14, 2023

Samantha Banks
Direct Dial 215-751-2287
Direct Fax 215-751-2205
E-Mail: sbanks@schnader.com

**VIA ELECTRONIC FILING**

The Honorable Harvey Bartle III
United States District Court for the
 Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE:   ***Derrick Jacobs v. City of Philadelphia, et al.*, Case No. 2:19-cv-04616**

Dear Judge Bartle:

We have recently been engaged to represent Defendant Tracy Tripp in the above captioned matter.  New counsel have also been engaged to represent the other defendants.  Pursuant to the Court's November 21, 2022 Scheduling Order (ECF 74), the deadline for fact discovery is March 31, 2023.  Due to the complex procedural history of this matter, including several amended pleadings, attempted amended pleadings, motion practice, and appeals, the parties have not completed written discovery, their respective document productions, or taken depositions.  Counsel for all defendants therefore respectfully request the Court to extend the discovery deadline by ninety (90) days to June 30, 2023.

On March 10, 2023, counsel for defendant Tripp asked Mr. Jacobs to join the defendants' request for an extension of the case deadlines.  He has not responded.

Respectfully submitted,

Samantha Banks
For SCHNADER HARRISON SEGAL & LEWIS LLP

cc via ECF and electronic mail:
        Derrick Jacobs
        John Gonzales
        Ashley L. Toth
        Jahlee J. Hatchett
        David Smith
        Anne E. Kane
        Monica Matias Quinones

Schnader Harrison Segal & Lewis LLP

NEW YORK   PENNSYLVANIA   CALIFORNIA   WASHINGTON, DC   NEW JERSEY   DELAWARE