IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ALL COUNSEL:


     RE:  Derrick Jacobs v. City of Philadelphia, et al.
          Civil Action No.: 19-cv-4616


IMPORTANT NOTICE TO COUNSEL


     Please be advised that a telephone conference is
scheduled for **March 15, 2023, at 3:30 p.m.** before The Honorable
Harvey Bartle III.


The telephone conference call-in information is as follows:

              Call-in Number:    888-808-6929
              Access Code:       3900998


              /s/ S. Renz
              S. Renz
              Judicial Assistant to
              The Honorable Harvey Bartle III
              215-597-2693


DATED: March 14, 2023