# EXHIBIT A

To: Honorable Judge Harvey Bartle III

From: Derrick Jacobs, Plaintiff

Date: November 22, 2022

Subject: November 21, 2022 Conference (19-cv-4616) inside Courtroom 16A

Dear Judge Bartle,

The actions perpetrated against me during the Rule 16 conference were extremely offensive and portrayed me in an extremely unfavorable light.

As my introduction into this matter stated, I was a highly decorated Law Enforcement Officer with security clearances that allowed me to have access to within inches of the Pope and Presidents.

As that former Law Enforcement Officer for over a quarter century, I find it extremely offensive and bias that you would deem me to be a threat inside of your courtroom that merited the use of security. These continued actions against an Officer who has protected and served his community with the highest levels of integrity warrants the same respect from the Court.

To treat me like a potential common criminal who lacks the self control and/or is so uncouth whereas the Court perceives him as a potential threat exhibits extreme bias at this juncture in these proceedings.

At present, I am not aware of any behavioral deficiencies that warranted such offensive and disrespectful actions by the Court against me.

_____
Derrick Jacobs

Pro Se Plaintiff

Date: November 22, 2022

cc: Nicole Morris, City Solicitor