# EXHIBIT B



Derrick Jacobs <derrickjacobs9116@gmail.com>

# Eastern District of Pennsylvania ECF Registration Form

**Derrick Jacobs** <derrickjacobs9116@gmail.com>  Tue, Jan 5, 2021 at 3:56 PM
To: gail_olson@paed.uscourts.gov

Ms. Olson, I am a pro se litigant. Attached is my registration form for ECF filing.

--
Thank you,

Derrick Jacobs

*This communication (including any attachments) may contain privileged or confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, or distribution of this communication, or the taking of any action based on it, is strictly prohibited.*

📎 **Eastern District of Pennsylvania ECF Registration Form.pdf**
1859K



Derrick Jacobs <derrickjacobs9116@gmail.com>

## Eastern District of Pennsylvania ECF Registration Form

**Gail Olson** <Gail_Olson@paed.uscourts.gov>  Wed, Jan 6, 2021 at 10:55 AM
To: Derrick Jacobs <derrickjacobs9116@gmail.com>

Derrick Jacobs,

In order for you to have ECF you first must ask your judge for permission to use it. So you must file something on your case asking the Honorable Harvey Bartle, III, to allow you to use ECF. Once the judge does an order granting your ECF, then I can process your application.

Gail R. Olson

USDC Clerk's Office

267-299-7060

**From:** Derrick Jacobs <derrickjacobs9116@gmail.com>
**Sent:** Tuesday, January 5, 2021 3:57 PM
**To:** Gail Olson <Gail_Olson@paed.uscourts.gov>
**Subject:** Eastern District of Pennsylvania ECF Registration Form

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

 Gmail

Derrick Jacobs <derrickjacobs9116@gmail.com>

## Eastern District of Pennsylvania ECF Registration Form

**Gail Olson** <Gail_Olson@paed.uscourts.gov>  Thu, Jan 7, 2021 at 11:09 AM
To: Derrick Jacobs <derrickjacobs9116@gmail.com>

Derrick,

I see that you called me, but left no message. If your having trouble getting in touch with the front counter, please email me a message and I will forward this to my supervisor and she can have someone call you back.

So please EMAIL me a message so I can forward it.

Gail R. Olson

USDC Clerk's Office

267-299-7060

**From:** Derrick Jacobs <derrickjacobs9116@gmail.com>
**Sent:** Tuesday, January 5, 2021 3:57 PM
**To:** Gail Olson <Gail_Olson@paed.uscourts.gov>
**Subject:** Eastern District of Pennsylvania ECF Registration Form

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

 Derrick Jacobs <derrickjacobs9116@gmail.com>

## Eastern District of Pennsylvania ECF Registration Form

**Derrick Jacobs** <derrickjacobs9116@gmail.com>  Thu, Jan 7, 2021 at 12:25 PM
To: Gail Olson <Gail_Olson@paed.uscourts.gov>

Ms Olson, I have been trying to contact the Clerk's Office for two days. I do not want to keep bothering you but you are the only that answered. I have hit all options available when calling the main number. I have left messages. I need to file a new complaint. I also need to respond to pending civil complaints. I would like to do the new complaints with ECF filing. Is this available to pro se litigants. I also would like to address the pending complaints in the ECF system. Two days without a response is not helping my situation. These are time sensitive issues.

Thank you,

Derrick Jacobs
[Quoted text hidden]

 Gmail

Derrick Jacobs <derrickjacobs9116@gmail.com>

## Eastern District of Pennsylvania ECF Registration Form

**PAED Documents** <paed_documents@paed.uscourts.gov>　　　　　　　　Thu, Jan 7, 2021 at 3:13 PM
To: "derrickjacobs9116@gmail.com" <derrickjacobs9116@gmail.com>

Good Afternoon,

Please send all documents for filing via email to PAED_Documents@paed.uscourts.gov .   Please send a separate email per case.

You may also take documents to the clerk's office, there is a time stamp machine in the lobby of the courthouse which can be timestamped.  This process will take longer since the clerk's office is closed to the public and the court has very limited staff in the office on a given day.

Thank you!

[Quoted text hidden]