IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK JACOBS, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 19-4616 |
| CITY OF PHILADELPHIA, et al., | : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

Kindly enter my appearance as counsel for defendant Tracy Tripp.

/s/Frantz J. Duncan
Frantz J. Duncan
Attorney I.D. 322966

*Attorney for Defendant, Tracy Tripp*

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
(215) 751-2000

Of Counsel.

Dated: June 5, 2023