IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK JACOBS | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 19-4616 |

ORDER

AND NOW, this 7th day of June 2023, after a telephone conference with plaintiff and defense counsel, it is hereby ORDERED that the motion of defendants Dennis Wilson, D.F. Pace, and Jason Hendershot to quash and for a protective order (Doc. #99) is DENIED as said defendants lack standing to object to the subpoenas. See First Sealord Sur. v. Durkin & Devries Ins. Agency, 918 F. Supp. 2d 362, 382-84 (E.D. Pa. 2013).

BY THE COURT:

/s/  Harvey Bartle III
                    J.