```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DERRICK JACOBS                 :    CIVIL ACTION
                               :
       v.                      :
                               :
CITY OF PHILADELPHIA, et al.   :    NO. 19-4616

ORDER

AND NOW, this 21st day of June 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of nonparties Danielle Outlaw, John Stanford, and Robin Wimberly to the extent it seeks to quash plaintiff's subpoenas (Doc. #111) is GRANTED; and

(2) the motion is otherwise DENIED as moot.

                              BY THE COURT:

                              /s/ Harvey Bartle III
                                                   J.