IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DERRICK JACOBS**             **CIVIL COMPLAINT NUMBER: 19-CV-4616**

V.

**CITY OF PHILADELPHIA, et al.**

### PLAINTIFF'S REQUEST FOR SANCTIONS

1. Plaintiff, Derrick Jacobs, hereby request sanctions against the City of Philadelphia and Philadelphia District Attorney Lawrence Krasner for intentional violations of the Federal Rules of Civil Procedure ("FRCP").
2. The defendants have knowingly and intentionally violated Court Orders.
3. The plaintiff has attempted to resolve these blatant violations without the Court's intervention.
4. On December 30, 2022, the plaintiff issued a subpoena for a deposition to Philadelphia District Attorney Lawrence Krasner. The deposition was scheduled for January 13, 2023 (Exhibit "A").
5. On December 30, 2022, City Solicitor, Nicole Morris defiantly informed the plaintiff she would not be honoring the Court Order (Exhibit "B").
6. On December 30, 2022, the plaintiff responded the defendants' defiance of the subpoena and offered an olive branch (Exhibit "C").
7. On January 3, 2023, the plaintiff attempted to contact the defendants in an effort to bridge their differences. The defendants never responded to plaintiff's attempts to mediate the differences between the parties (Exhibit "D").
8. In March 2023, defendants Tracy Tripp, Jason Hendershot, Dennis Wilson, and DF Pace obtained new counsel.
9. On April 24, 2033, the plaintiff issued a subpoena to Lawrence Krasner. The deposition was scheduled for May 12, 2023 (Exhibit "E").
10. The defendants have not responded to the court order.

11. On July 6, 2023, the plaintiff issued a deposition subpoena to Philadelphia District Attorney's Office employee Asa Khalif. The deposition was scheduled for July 20, 2023 (Exhibit "F").
12. The defendants have not responded to the court order.

## FEDERAL RULES OF CIVIL PROCEDURE RULE 45

*The plaintiff incorporates the preceding paragraphs as if fully set herein:*

FRCP Rule 45(a)(1)(A)(iii) states **command** each person to whom it is directed to do the following at a specified time and place: attend and testify.

FRCP Rule 45(g) states the court for the district where compliance is required… may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

## FEDERAL RULES OF CIVIL PROCEDURE RULE 30

*The plaintiff incorporates the preceding paragraphs as if fully set herein:*

FRCP Rule 30(a)(1) states a party may, by oral questions, depose any person, including a party, without leave of court except as provided in Rule 30(a)(2). The deponent's attendance may be compelled by subpoena under Rule 45.

## FEDERAL RULES OF CIVIL PROCEDURE RULE 37

*The plaintiff incorporates the preceding paragraphs as if fully set herein:*

FRCP Rule 37(a)(1) states on notice to other parties and all affected parties, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action.

FRCP Rule 37(a)(3)(B)(i) states a party seeking discovery may move for an order compelling an answer, designation, production, or inspection. This motion may be made if a deponent fails to answer a question asked under Rule 30 or 31.

FRCP Rule 37(b)(2)(A)(vi) states if a party or a party's officer, director, or managing agent or a witness designated under Rule 30(b)(6) or 31(a)(4) fails to obey an order to provide or permit discovery, including an order under Rule 26(f), 35, or 37(a), the court

where the action is pending may issue further just orders. They may include rendering a default judgment against the disobedient party.

## ARGUMENT

*The plaintiff incorporates the preceding paragraphs as if fully set herein:*

The above individuals have been observed making numerous public statements and participating in the prosecution of former Philadelphia Police Office Ryan Pownall. Asa Khalif held public protest with witness Terrance Freeman. Asa Khalif was arrested for vandalizing the PA Attorney General's Office after an interview with the plaintiff and Terrance Freeman. Philadelphia District Attorney Lawrence Krasner has made numerous public statements relating to the prosecution of Pownall. Philadelphia District Attorney Lawrence Krasner ordered defendant Dennis Wilson to take Philadelphia Police Department's disciplinary action against the plaintiff in retaliation. Also, Krasner and defendant Tracy Tripp were participants in a seven part television series entitled "Philly DA." The series was broadcasted on "PBS" and featured Krasner. The series dedicated an entire episode of the prosecution of Pownall. Asa Khalif also participated in the series. The defendants have not responded to plaintiff's mediation attempts. The defendants have not filed any motion(s) in opposition of the subpoenas.

## SANCTIONS

*The plaintiff incorporates the preceding paragraphs as if fully set herein:*

The plaintiff requests compliance. The plaintiff requests a court ordered fine in the amount of $25,000.00 (payable in thirty (30) days to the plaintiff). The plaintiff requests an immediate order compelling the defendants' compliance with the issued subpoenas.

Date:    8/11/2023

_____
Derrick Jacobs
Plaintiff
Pro Se

## CERTIFICATE OF SERVICE

I, Derrick Jacobs, Plaintiff within the above-captioned matter, hereby certify that a true and correct copy pursuant to the Federal Rules of Civil Procedure was sent via ECF/email upon the listed parties on the date shown below,

*Attorneys for Defendants(s)*

Date:  8/11/2023

Derrick Jacobs,
Plaintiff
Pro se