# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK JACOBS | : CIVIL ACTON |
| Plaintiff, | : No. 2:19-cv-04616 |
| vs. | : |
| CITY OF PHILADELPHIA, et al. | : JURY TRIAL DEMANDED |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Defendants, Dennis Wilson, DF Pace and Jason Hendershot, in the above-referenced matter.

**MARSHALL DENNEHEY, P.C.**

BY: /S/GARY H. DADAMO
GARY H. DADAMO, ESQUIRE
ATTY. ID. # 71265
620 Freedom Business Center Drive
Suite 405
King of Prussia, PA 19406
(610) 354-8261  Fax (610) 354-8299
Email: ghdadamo@mdwcg.com
Attorney for Defendants,
Dennis Wilson, DF Pace and Jason Hendershot

Date:  August 22, 2023

**CERTIFICATE OF SERVICE**

      I, Gary H. Dadamo, Esquire, do hereby certify that a true and correct copy of my Entry of Appearance was electronically filed with the Court on the date below and is available for viewing and downloading from the ECF System. All counsel of record and pro se Plaintiff were served via electronic notification.

                                        **MARSHALL DENNEHEY, P.C.**

BY:   */S/GARY H. DADAMO*
           GARY H. DADAMO, ESQUIRE
           ATTY. ID. # 71265
           620 Freedom Business Center Drive
           Suite 405
           King of Prussia, PA 19406
           (610) 354-8261  Fax (610) 354-8299
           Email: ghdadamo@mdwcg.com
           Attorney for Defendants,
Date:  August 22, 2023         Dennis Wilson, DF Pace and Jason Hendershot