# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK JACOBS, | : CIVIL ACTON |
| Plaintiff, | : No. 2:19-cv-04616 |
| v. | : |
| CITY OF PHILADELPHIA, et al., | : JURY TRIAL DEMANDED |
| Defendants. | : |

## ORDER

**AND NOW**, this  26th  day of  September , 2023, it is hereby **ORDERED** that the unopposed Motion of Police Commissioner Danielle Outlaw to Quash Plaintiff's Subpoena (Doc. # 131) is **GRANTED**.

BY THE COURT:

/s/ Harvey Bartle III
_____
                                                                J.