IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK JACOBS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 19-4616 |

ORDER

AND NOW, this 5th day of October 2023, it is hereby ORDERED that the Motion of the Plaintiff to Compel Discovery, Sanctions, and Default Judgment against Defendants Tracy Tripp, Jason Hendershot, Dennis Wilson, and DF Pace (Doc. # 134) is DENIED without prejudice.

BY THE COURT:

/s/  Harvey Bartle III
                        J.