```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DERRICK JACOBS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 19-4616 |

### ORDER

AND NOW, this 5th day of October 2023, after a status conference with plaintiff and defendants' counsel, it is hereby ORDERED that:

(1) Defendant Tracy Tripp, on or before October 19, 2023, shall produce a privilege log of documents withheld on account of attorney-client privilege and work product.

(2) Defendants Jason Hendershot, Dennis Wilson, and DF Pace, on or before October 19, 2023, shall produce a privilege log of documents withheld on account of attorney-client privilege and attorney work product.

(3) Defendant Tracy Tripp, on or before October 19, 2023, shall produce for in camera review all documents identified in her privilege log.

(4) Defendants Jason Hendershot, Dennis Wilson, and DF Pace, on or before October 19, 2023, shall produce for in camera review all documents identified in their privilege log.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.