IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK JACOBS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 19-4616 |

ORDER

AND NOW, this 5th day of October 2023, after a status conference with plaintiff and defendants' counsel, it is hereby ORDERED that:

(1) The Motion of defendants Jason Hendershot, Dennis Wilson, and DF Pace to Limit Depositions (Doc. # 143) is GRANTED.

(2) The depositions of defendants Tracy Tripp, Jason Hendershot, Dennis Wilson, and DF Pace shall be limited to questions related to plaintiff's retaliation claims.

(3) Depositions of defendants Jason Hendershot, Dennis Wilson, and DF Pace shall make no reference to:

    (a) Police response, statements, or testimony arising from protests that occurred around June 2020, following the death of George Floyd;

    (b) Any discussions, disputes, or disagreements between and among Defendant DF Pace, Benjamin Naish, and Robin Wimberly that postdate the Police Board of Inquiry charges filed against plaintiff in February 2020;

(c) Any details of the investigation concerning the shooting by Ryan Pownall;

(d) The deliberations of the Grand Jury concerning the shooting by Ryan Pownall; and

(e) Any discussion among law enforcement concerning any action or inaction against Ryan Pownall.

BY THE COURT:

/s/ Harvey Bartle III

_____
J.