```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ALL COUNSEL AND NON-REPRESENTED INDIVIDUAL PARTIES:

    RE:  Derrick Jacobs v. City of Philadelphia, et al.
        Civil Action No.: 19-cv-4616

IMPORTANT NOTICE

Please be advised that a telephone conference is scheduled for **November 28, 2023, at 11:30 a.m.** before The Honorable Harvey Bartle III.

The telephone conference call-in information is as follows:

        Call-in Number:    888-808-6929
        Access Code:       3900998

        /s/ S. Renz
        S. Renz
        Judicial Assistant to
        The Honorable Harvey Bartle III
        215-597-2693

DATED: November 21, 2023