IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK JACOBS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 19-4616 |

ORDER

AND NOW, this 28th day of November, 2023, after a telephone conference with Plaintiff and counsel for Defendants, it is hereby ORDERED that the Motion of Plaintiff Derrick Jacobs for Reconsideration (Doc. #158) is GRANTED in part and DENIED in part.  It is further ORDERED that:

(1)  Defendant Tracy Tripp, on or before November 30, 2023, shall produce to Plaintiff the privilege log of documents withheld on account of attorney-client privilege and work product.

(2)  Plaintiff, within fifteen days of production of the privilege log by Defendant Tripp, shall file any motion with respect to the documents listed in the privilege log.

(3)  Defendants Tracy Tripp, Jason Hendershot, Dennis Wilson, and DF Pace are not required to produce any personal financial information unless and until:

(a)  a jury returns a verdict in favor of
Plaintiff; or

(b)  further order by this court.

(4)  Defendants Jason Hendershot, Dennis Wilson, and DF Pace, on or before November 30, 2023, shall produce to Plaintiff any documents currently in their custody or control that were used in depositions and were not personal financial information.

(5)  The motion as it relates to the conduct of defense counsel at the depositions of the Defendants is DENIED without prejudice.  The court cannot decide such a motion without review of the deposition transcripts which Plaintiff has not produced.

(6)  The motion is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.