```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK JACOBS                  :        CIVIL ACTION
                                :
          v.                    :
                                :
CITY OF PHILADELPHIA, et al.    :        NO. 24-4616
```

ORDER

AND NOW, this 21st day of March, 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of Defendant Tracy Tripp for summary judgment (Doc. #169) is GRANTED;

(2) the motion of Defendants Deputy Commissioner Dennis Wilson, Inspector DF Pace, and Lieutenant Jason Hendershot for summary judgment is GRANTED (Doc. #171); and

(3) the motion of Plaintiff Derrick Jacobs for summary judgment (Doc. #173) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                            J.